UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) 3:09-md-02100-DRH ) ) MDL No. 2100 ) |

**This Document Relates To:**

*CHRISTOPHER DAVIS, individually and on behalf of the ESTATE OF KATHLENE DAVIS v. Bayer Corporation et al.*     No. 12-cv-11504-DRH

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order granting the plaintiff's motion, entered on May 12, 2015 (Doc. 10), the above captioned case is **DISMISSED** with prejudice. Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY: /s/*Caitlin Fischer*
     Deputy Clerk

Digitally signed by David R. Herndon
Date: 2015.05.12 10:39:18 -05'00'

APPROVED:
     DISTRICT JUDGE
     U. S. DISTRICT COURT